## UNITED STATES COURT OF INTERNATIONAL TRADE

AMERICAN DAWN, INC.,

        Plaintiff,

    v.

UNITED STATES; U.S. CUSTOMS AND
BORDER PROTECTION; *et al.,*

        Defendants.

Court No. 26-03148

## ORDER

Upon consideration of Plaintiff's Consent Motion to Stay Proceedings Pending Appeal, and it appearing that Defendants consent to the relief requested, it is hereby:

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that all proceedings in this action are **STAYED** pending the final disposition of the appeal in *State of Oregon v. Trump*, Nos. 2026-1804 & 2026-1805 (Fed. Cir.); and it is further

**ORDERED** that the stay is without prejudice to American Dawn's claims for refund of the Section 122 duties it has paid, with interest as provided by law; and it is further

2

**ORDERED** that, within fourteen (14) days after issuance of the mandate in the Oregon Appeal, the parties shall file a joint status report proposing further proceedings consistent with the final decision.

Dated: ___July 16, 2026___

_____
/s/ Mark A. Barnett
JUDGE